# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**CINCINNATI INSURANCE COMPANY,**

      **Plaintiff,**

**-vs-**                                                  Case No. 6:10-cv-1363-Orl-31DAB

**JORDAN MASONRY, INC., PHILLIP JORDAN, SR., DOROTHY JEAN JORDAN,**

      **Defendants.**

_____

## ORDER

This cause comes before the Court on Plaintiff's Motion for Final Judgment after Default (Doc. No. 15) filed October 22, 2010.

On December 22, 2010, the United States Magistrate Judge issued a report (Doc. No. 16) recommending that the motion be granted and directing Plaintiff to file within seven days a proposed final judgment with the current calculation of interest and any additional attorney fees sought in this case. The plaintiff did not file a proposed judgment and no objections to the Report and Recommendation have been filed. Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Motion for Final Judgment after Default is GRANTED. The Clerk shall enter judgment in favor of Plaintiff and against Defendants Jordan Masonry, Inc., Phillip Jordan, Sr.,

and Dorothy Jean Jordan jointly and severally, for the principal amount of $180,383.47 under the Indemnity Agreement.

      3.      After entering judgment, the Clerk shall close the case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on this 10th day of January, 2011.

                                    GREGORY A. PRESNELL
                                    UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party